UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL DAVYDOV AND GLORIA NOVAKOV, <br><br> Plaintiffs, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND FLAGSTAR BANK, <br><br> Defendants. | Case No.: 1:24-cv-003314-OEM-SJB |

## JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND EQUIFAX INFORMATION SERVICES LLC

Plaintiffs Michael Davydov and Gloria Novakov ("Plaintiffs") and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby inform this Court that Plaintiffs and Equifax have reached a settlement as to all matters raised by Plaintiffs against Equifax in this action. Plaintiffs and Equifax will promptly file a Stipulation of Dismissal with Prejudice.

Respectfully submitted, this 7th day of June, 2024.

/s/ Erik Ikhilov
Erik Ikhilov
**IKHILOV & ASSOCIATES**
76 W. Brighton Ave., Suite 212
Brooklyn, NY 11224
Phone: 718-336-4999
Email: erik@eiesq.com

*Counsel for Plaintiffs*

/s/ Mateo de la Torre
Mateo de la Torre
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036
Phone: 212-556-2100
Email: mdelatorre@kslaw.com

*Counsel for Defendant Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system.

This 7th day of June, 2024.

*/s/ Mateo de la Torre*